**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-8614**

———————

CHRISTOPHER A. ODOM,

       Plaintiff - Appellant,

    v.

JON OZMINT, Director; MARY BROWN, Clerk; KERRIE SPECHT,
Parole Officer; RALPH HUNTER, DHO; MR. STEVEN, Case Worker;
MRS. LAVERETTE; MR. HALLMAN,

       Defendants – Appellees,

    and

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Insurance Policy
Holder,

       Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Patrick Michael Duffy, District
Judge. (3:07-cv-00343-PMD)

———————

Submitted: May 21, 2009          Decided: May 28, 2009

———————

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Christopher A. Odom, Appellant Pro Se. Erin Mary Farrell, John
Eric Kaufmann, Donald Ray Settana, Jr., MCKAY, CAUTHEN, SETTANA
& STUBLEY, PA, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher A. Odom appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Odom v. Ozmint, No. 3:07-cv-00343-PMD (D.S.C. Oct. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED